# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| HENRY JOINER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0471-BH-C |
| HALE COUNTY DEPARTMENT OF HUMAN RESOURCES, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE** this 25th day of August, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE